# CHANCERY SENTINEL.

N. G. RICE, *Publisher.*]......$1.00 PER ANNUM......[O. L. BARBOUR, *Reporter.*

Vol. V.]      SARATOGA SPRINGS, NOV. 18, 1845.      [No. 7.

## Court of Chancery.

### DECISIONS OF THE CHANCELLOR,
NOVEMBER 18, 1845.

*The American Life Insurance & Trust Company* v. *Samuel J. Bayard, et al.    The same* v. *Gary* v. *Sackett, et al.—* B. ROBINSON, for complainants; W. A. SACKETT, for Elias E. Boudinot, Ex'r. &c.

Application by complainant for leave to withdraw from the files a replication to the answer of Boudinot to the supplemental bill in this suit, to which bill Boudinot was not a party.— The chancellor decided that it was irregular for Boudinot, who had answered the original bill, and after the proofs had been taken in the cause, to attempt to answer either the matter of the original bill anew, or to put in an answer to the supplemental bill to which he was not a party, and which was only filed to bring additional parties before the Court. And it appearing that the replication had been filed by mistake, the chancellor allowed it to be withdrawn, and directed the answer of Boudinot also to be taken from the files.